Elizabeth A. Young, CSR, RPR
Official Court Reporter
P. O. Box 747
Belton, Texas   76513
254 933-5268

June 11, 2015

Mr. Jeffrey D. Kyle
Clerk, Court of Appeals
P. O. Box 12547
Austin, Texas   78711-2547
tel 512 463-1733
fax 512 463-1685


In re:   State vs Tracy Larance Gordon

        COA:   03-15-00238-CR      TC #   71326

               03-15-00239-CR      TC #:  71325

               03-15-00240-CR      TC #:  71792

Attn:   Chris Knowles

Dear Chris,

I am requesting an extension to complete this reporter's
record by July 11, 2015.


Sincerely,

/s/ Elizabeth A. Young

Elizabeth A. Young

cc:   Troy Hurley